directed to address the effect of Rule 35.3 on this proceeding. Briefs, limited to 12 pages, are to be filed simultaneously with the Clerk and served upon opposing counsel on or before 2 p.m., Friday, March 11, 2011.

MARCH 7, 2011

No. 10–935. SMITH v. THOMAS, ASSOCIATE JUSTICE, SUPREME COURT OF THE UNITED STATES, ET AL. C. A. D. C. Cir. Because the Court lacks a quorum, 28 U. S. C. § 1, and since the only qualified Justice is of the opinion that the case cannot be heard and determined at the next Term of the Court, the judgment is affirmed under 28 U. S. C. § 2109, which provides that under these circumstances "the court shall enter its order affirming the judgment of the court from which the case was brought for review with the same effect as upon affirmance by an equally divided court." THE CHIEF JUSTICE, JUSTICE SCALIA, JUSTICE KENNEDY, JUSTICE THOMAS, JUSTICE GINSBURG, JUSTICE BREYER, JUSTICE ALITO, and JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 09–1396. ALLSHOUSE v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Michigan* v. *Bryant, ante,* p. 344.

No. 09–10146. KANE v. UNITED STATES. C. A. 8th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Pepper* v. *United States, ante,* p. 476. JUSTICE KAGAN took no part in the consideration or decision of this motion and this petition.